```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03330
   CHARLOTTE WALKER
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5038
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/26/07 and confirmed on 06/07/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   5524.26 .

    4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CIT | CURRENT MORTG | .00 | .00 | .00 |
| CIT | MORTGAGE ARRE | .00 | .00 | .00 |
| CIT | SECURED | .00 | .00 | .00 |
| CIT | MORTGAGE ARRE | .00 | .00 | .00 |
| CONTINENTAL FURNITURE | SECURED | 1816.00 | 109.23 | 1816.00 |
| REGIONAL ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 377.55 | .00 | 377.55 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 10.00 | .00 | 10.00 |
| SALLIE MAE GUARANTEE SER | FILED LATE | .00 | .00 | .00 |

        Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1816.00 | 10.00 | 377.55 | .00 | 2203.55 |
| PRINCIPAL PAID | 1816.00 | 10.00 | 377.55 | .00 | 2203.55 |
| INTEREST PAID | 109.23 | .00 | .00 | .00 | 109.23 |
| TOTAL PAID | 1925.23 | 10.00 | 377.55 | .00 | 2312.78 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   2500.00
and was paid $    2500.00 .

The Trustee received $     224.79 .

Refunds to the Debtor totaled $     486.69 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/20/09                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```